# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| v. | C.A. No. 20-1707-CFC |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., | JURY TRIAL DEMANDED |
| Defendant. | |
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| v. | C.A. No. 20-1710-CFC |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., CALAMP CORP., XIRGO TECHNOLOGIES, LLC, AND LAIRD CONNECTIVITY INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's September 22, 2025 Scheduling Order (C.A. No. 20-1707-CFC, D.I. 36 at ¶15; C.A. No. 20-1710-CFC, D.I. 63 at ¶15), Plaintiff Koninklijke Philips N.V. and Defendant Quectel Wireless Solutions Co. Ltd. hereby respectfully submit this Joint Claim Construction Chart identifying for the Court the claim terms and respective constructions on which the parties have agreed (Exhibit

A), and the claim terms of the Asserted Patents that the parties request the Court to address during the February 10, 2026 Hearing on Claim Construction (Exhibit B). The parties seek construction of 34 terms, each of which is recited in at least one claim of the Asserted Patents. The parties reserve the right to rely on each other's cited intrinsic evidence as well as identify additional intrinsic evidence in response to the other party's arguments and evidence.

Copies of the Asserted Patents are attached hereto as follows:

- Exhibit C: U.S. Patent No. 8,195,216

- Exhibit D: U.S. Patent No. 7,089,028

- Exhibit E: U.S. Patent No. 9,178,577

- Exhibit F: U.S. Patent No. 9,635,599

- Exhibit G: U.S. Patent No. 7,944,935

- Exhibit H: U.S. Patent No. 7,831,271

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
|---|---|
| */s/ Adam W. Poff* | */s/ Warren K. Mabey, Jr.* |
| Adam W. Poff (No. 3990) | Warren K. Mabey, Jr. (No. 5775) |
| Robert M. Vrana (No. 5666) | Martina Tyreus Hufnal (No. 4771) |
| Alexis N. Stombaugh (No. 6702) | 222 Delaware Avenue, 17th Floor |
| 1000 N. King Street | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1114 |
| (302) 571-6600 | (302) 652-5070 |
| apoff@ycst.com | mabey@fr.com |
| rvrana@ycst.com | hufnal@fr.com |
| astombaugh@ycst.com | |

2

*Attorneys for Plaintiff Koninklijke Philips N.V*

*Attorneys for Defendant Quectel Wireless Solutions Co. Ltd.*