*Koninklijke Philips N.V. v. Quectel Wireless Solutions Co. LTD.,*
**CA Nos. 20-1707-CFC, 20-1710-CFC (D. Del.)**
**Exhibit A - Agreed Upon Constructions**

**I.      1707 Case**

    **A.      '216 Patent**

| '216 Patent ||
| --- | --- |
| **Term** | **Parties' Agreed Construction** |
| "primary station" (Claim 13) | "base station" |

    **B.      '028 Patent**

| '028 Patent ||
| --- | --- |
| **Term** | **Parties' Agreed Construction** |
| "primary station" (Claim 11) | "base station" |

    **C.      '577 Patent**

| '577 Patent ||
| --- | --- |
| **Term** | **Parties' Agreed Construction** |
| "data packets" (claim 17) | "a unit of communication including a header and a payload, where the payload is data for transmission, and the header includes protocol information for the payload." |
| "primary station" (claims 17, 19) | "base station" |

### D.    '599 Patent

| '599 Patent | |
|---|---|
| **Term** | **Parties' Agreed Construction** |
| "data packets" (claims 33, 34, 35, 36, 38, 39) | "a unit of communication including a header and a payload, where the payload is data for transmission, and the header includes protocol information for the payload." |
| "primary station" (claims 33, 35) | "base station" |

## II.    1710 Case

### A.    '271 Patent

| '271 Patent | |
|---|---|
| **Term** | **Parties' Agreed Construction** |
| "DPCCH" (claims 1, 2, 5, 6) | "dedicated physical control channel" |
| "DPDCH" (claims 1, 2, 5, 6) | "dedicated physical data channel" |
| "ACK" (claims 1, 3, 5, 7) | "a positive acknowledgment" |
| "NACK" (claims 1, 3, 5, 7) | "a negative acknowledgment" |
| "positive acknowledgement" (claims 3, 7) | "positive acknowledgement signal" |
| "negative acknowledgement" (claims 3, 7) | "negative acknowledgement signal" |

| "spread spectrum" (claims 4, 8) | "signals that are spread in the frequency domain" |
| --- | --- |