# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| vs. | C.A. No. 20-1707-CFC |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., (C.A. No. 20-1707-CFC), | AND |
| | C.A. No. 20-1710-CFC |
| Defendant. | |
| AND | **JURY TRIAL DEMANDED** |
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| vs. | |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., CALAMP CORP., XIRGO TECHNOLOGIES, LLC, LAIRD CONNECTIVITY, INC. (C.A. No. 20-1710-CFC) | |
| Defendants. | |

## PLAINTIFF KONINKLIJKE PHILIPS N.V.'S NOTICE OF SERVICE OF SUBPOENAS TO EAGLE ELECTRONIC, INC. D/B/A EAGLE WIRELESS

PLEASE TAKE NOTICE that on December 29, 2025, Plaintiff Koninklijke

Philips N.V., by and through its Counsel, served the following attached hereto as

Exhibit 1, upon the counsel listed below in the manner indicated:

1) *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* (the "Document Subpoena"),

2) *Subpoena to Testify at a Deposition in a Civil Action* (the "Deposition Subpoena")

**<u>VIA EMAIL</u>**

Warren K. Mabey, Jr.
Martina Tyreus Hufnal
FISH & RICHARDSON PC
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Thomas H. Reger II
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

Bryan J. Cannon
FISH & RICHARDSON P.C.
100 Maine Avenue SW, Suite 1000
Washington, DC 20024

Elizabeth G.H. Ranks
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210

Lawrence R. Jarvis
Katherine Reardon
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA 30309

*servicefrquectel17071710team@fr.com*

*Attorney for Quectel Wireless Solutions Co. Ltd.*

PLEASE TAKE FURTHER NOTICE that on December 30, 2025, the

Document Subpoena and the Deposition Subpoena were served on the following

non-party witness via hand delivery (*see* Exhibit 2, Proof of Service):

Eagle Electronics, Inc.
d/b/a Eagle Wireless
c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808

2

PLEASE TAKE FURTHER NOTICE that on December 31, 2025 a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on all counsel of record.

Dated: December 31, 2025

Of Counsel:

Eley O. Thompson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
(312) 832-4359
ethompson@foley.com

Kevin M. Littman
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199-7610
(617) 342-4000
klittman@foley.com
lsilva@foley.com

Alexis K. Juergens
Foley & Lardner LLP
95 S State Street, Suite 2500
Salt Lake City, UT 84111
(801) 401-8900
*ajuergens@foley.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
astombaugh@ycst.com

*Attorneys for Plaintiff Koninklijke Philips N.V.*

3