

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

Adam W. Poff
P 302.571.6642
apoff@ycst.com

January 30, 2026

**VIA CM/ECF**
The Honorable Colm F. Connolly
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Koninklijke Philips N.V. v. Quectel Wireless Solutions Co. Ltd., et al.,* C.A. Nos. 20-1707-CFC-CJB & 20-1710-CFC-CJB

Dear Chief Judge Connolly:

     We write on behalf of Plaintiff Koninklijke Philips N.V. ("Philips") regarding yesterday's oral order granting the parties leave to present expert testimony at the Markman hearing currently scheduled for February 10, 2026. As Philips explained in the parties' January 14 letter to the Court (No. 20-1707-CFC-CJB, D.I. 125; No. 20-1710-CFC-CJB, D.I. 139 (attached hereto as Ex. A for the Court's convenience)), its expert Mr. Lanning is required to be at trial in the Eastern District of Texas beginning on February 6 and therefore cannot commit to being available for the February 10 Markman hearing. Counsel for Philips has been in consistent contact with Mr. Lanning about any possible changes to the trial schedule in Texas that might allow him to attend the Markman hearing, but as of the submission of this letter, his circumstances are unchanged, as recently confirmed by him on January 29. Philips will continue to monitor the situation closely for a change in circumstances, but there is no reason to believe Mr. Lanning will become available on February 10.

     Philips submits that it would be highly prejudicial to Philips for the Court to hear and consider expert testimony from only one side at the Markman hearing. Philips therefore respectfully requests that the Court reschedule the Markman hearing. Upon reviewing yesterday's order, Philips reached out to Defendant

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
January 30, 2026
Page 2

Quectel Wireless Solutions Co. Ltd. ("Quectel") yesterday and today about availability for a rescheduled Markman hearing, but Quectel has not yet responded to the inquiry. Philips and its expert, Mr. Lanning, could currently be available on February 17, the week of March 2, or the week of March 9.[1] (To be upfront, Mr. Lanning has some concern about another pending trial in E.D. Texas that could get re-slotted into one of these periods, but it cannot be determined at the moment if that will occur or not.)

    While Philips respectfully requests that the Markman hearing be rescheduled, Philips suggests that a status hearing on February 10 would be helpful in light of the pending motions, including the motion to consolidate (D.I. 105 (1707 Case); D.I. 123 (1710 Case) and the motion to extend the schedule (D.I. 132 (1707 Case); D.I. 145 (1710 Case)).

    Counsel for Philips are available at the Court's convenience to answer any questions Your Honor may have about the foregoing.

    Respectfully submitted,

    *Adam W. Poff*

    Adam W. Poff (No. 3990)

cc: All counsel of record (via e-mail and CM/ECF)

---

[1] Philips understands that the week of February 23 is likely unavailable to the Court because of a jury trial scheduled that week.