## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| v. | C.A. No. 20-1707-CFC-CJB |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| AND | AND |
| KONINKLIJKE PHILIPS N.V., | |
| Plaintiff, | |
| v. | C.A. No. 20-1710-CFC-CJB |
| QUECTEL WIRELESS SOLUTIONS CO. LTD., CALAMP CORP., XIRGO TECHNOLOGIES, LLC, and LAIRD CONNECTIVITY, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

1

## [PROPOSED] CLAIM CONSTRUCTION ORDER

After having considered the submissions of the parties and hearing oral argument on the matter, for the reasons articulated during the *Markman* hearing held February 10, 2026, IT IS HEREBY ORDERED that the Court adopts the following constructions for the below-identified terms in U.S. Patent Nos. 7,944,935 ("'935 Patent"), 7,831,271 ("'271 Patent"), 8,195,216 ("'216 Patent"), 7,089,028 ("'028 Patent"), 9,178,577 ("'577 Patent"), and 9,635,599 ("'599 Patent").

## I. CLAIM TERMS CONSTRUED AT THE *MARKMAN* HEARING

| Claim Term | Construction | |
|---|---|---|
| "transmitting the group"<br><br>'935 Patent [1] | "outputting the group" | |
| "means for transmitting the group"<br><br>'935 Patent [X̶ 9] | ~~The Court finds this term to be subject to 35 U.S.C. § 112(6).~~ *The Court construes this term's corresponding structure as "an output and equivalents thereof" and the claimed function as "transmitting the group." | *The parties agree this term is subject to 35 U.S.C. § 112(6). |
| "means for setting an initial transmission power after an interruption in transmission to that before the interruption adjusted by an offset"<br><br>'216 Patent [13] | **The Court ~~finds this term to be subject to 35 U.S.C. § 112(6), but~~ delays construing the corresponding structure; the Court will construe this term at the Pre-trial Conference. | **The parties agree this term is subject to 35 U.S.C. § 112(6) and the claimed function is "setting an initial transmission power after an interruption in transmission to that before the interruption by an offset." |
| "power control means for adjusting the power of the uplink control and data channels in response to the downlink power control commands"<br><br>'216 Patent [13] | The Court does not find this term subject to 35 U.S.C. § 112(6) and construes the term according to its plain and ordinary meaning. | |
| "second specified power level ($P_A$ or $P_N$)" | The Court declines to construe this term. | |

| | |
|---|---|
| '271 Patent [1, 5] | |
| "transmitting simultaneously with one or more first signals (DPCCH, DPDCH) an additional one of a second signal (ACK or NACK) . . . and a third signal (NACK or ACK)"<br><br><br>'271 Patent [1, 5] | In claim 1: "transmitting either a second signal (ACK or NACK) at a respective second specified power level ($P_A$ or $P_N$) or a third signal (NACK or ACK) at a respective third specified power level ($P_N$ or $P_A$), but not both the second signal (ACK or NACK) and the third signal (NACK or ACK), at the same time as the one or more first signals (DPCCH, DPDCH)"<br><br>In claim 5: "transmitting either a second signal (ACK or NACK) or a third signal (NACK or ACK), but not both the second signal (ACK or NACK) and the third signal (NACK or ACK), at the same time as one or more first signals (DPCCH, ~~and~~ DPDCH)" |
| "combined transmit power level" (as used in the final limitation of claims 1 and 5 of the '271 patent)<br><br>'271 Patent [1, 5] | "the combined transmit power level of the first signals and the third signal"<br>(DPCCH, DPDCH)      (NACK or ACK) |

| | |
|---|---|
| "transmitting one or more first signals (DPCCH, DPDCH) simultaneously"<br><br>'271 Patent [1, 5] | ~~The Court delays construing the corresponding structure;~~ the Court will construe this term at the Pre-trial Conference. |
| "transceiver means for transmitting one or more signals"<br><br><br><br>'271 Patent [5] | The Court does not find this term subject to 35 U.S.C. § 112(6) and construes the term according to its plain and ordinary meaning. |
| "delay experienced"<br><br>'935 Patent [1, 9] | "wait time encountered" |

| "queue(s)"<br><br>'935 Patent [1, 2, 3, 4] | **Stipulated:** "[a] collection of data packets divided logically by sequence" |
|---|---|
| "queue store(s)"<br><br>'935 Patent [9, 10, 11, 12] | **Stipulated:** "a memory for storing data packets divided logically by sequence" |

IT IS FURTHER ORDERED that the Court adopts the parties' agreed-to constructions set forth in the Amended Joint Claim Construction Chart (No. 20-1707, D.I. 143; No. 20-1710, 155). as amended below

## II. PARTIES' AGREED UPON CONSTRUCTIONS

| Claim Term | Construction |
|---|---|
| "primary station"<br><br>'216 Patent [13]<br>'028 Patent [11]<br>'577 Patent [17, 19]<br>'599 Patent [33, 35] | "base station" |
| "data packets"<br><br><br><br><br>'577 Patent [17]<br>'599 Patent [33, 34, 35, 36, 38, 39] | "a unit of communication including a header and a payload, where the payload is data for transmission, and the header includes protocol information for the payload." |
| "downlink power control commands"<br><br>'216 Patent [13] | Plain and ordinary meaning which is: "power control commands on the downlink" |
| "subsequent to a reception of the acknowledgement by the secondary station, control information is initially transmitted on an uplink control channel and a downlink control channel between the primary station and said secondary station" | requires that, "subsequent to a reception of the acknowledgement by said secondary station, control information is transmitted for the first time on the particular claimed uplink and downlink control channels between the primary station and the secondary station" |

| | |
|---|---|
| '028 Patent [11]<br><br>"DPCCH"<br><br>'271 Patent [1, 2, 5, 6] | "dedicated physical control channel" signal |
| "DPDCH"<br><br>'271 Patent [1, 2, 5, 6] | "dedicated physical data channel" signal |
| "ACK"<br><br>'271 Patent [1, 3, 5, 7] | "a positive acknowledgment" |
| "NACK"<br><br>'271 Patent [1, 3, 5, 7] | "a negative acknowledgment" |
| "positive acknowledgement"<br><br>'271 Patent [3, 7] | "positive acknowledgement signal" |
| "negative acknowledgement"<br><br>'271 Patent [3, 7] | "negative acknowledgement signal" |
| "spread spectrum"<br><br>'271 Patent [4, 8] | "signals that are spread in the frequency domain" |

SO ORDERED this 25th day of February 2026.

_____
The Honorable Colm F. Connolly
Chief United States District Judge

5