# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> vs. <br><br> QUECTEL WIRELESS SOLUTIONS CO. LTD., <br><br> Defendant. | C.A. No. 20-1707-CFC-CJB <br><br><br><br> **JURY TRIAL DEMANDED** |
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> vs. <br><br> QUECTEL WIRELESS SOLUTIONS CO. LTD., CALAMP CORP., XIRGO TECHNOLOGIES, LLC, LAIRD CONNECTIVITY INC. <br><br> Defendants. | C.A. No. 20-1710-CFC-CJB <br><br><br><br> **JURY TRIAL DEMANDED** |

## KONINKLIJKE PHILIPS N.V.'S MOTION TO COMPEL

Plaintiff Koninklijke Philips N.V. ("Philips") respectfully moves to compel Quectel Wireless Solutions Co., Ltd. ("Quectel") to produce, from within its possession, custody, or control, all documents, data, and communications responsive to:

1

(i)      All design engineering documents and communications with chip suppliers, including internal and external communications, SDK design files and software, and technical specifications, and related materials, which are responsive to Civil Action No. 20-1707-CFC-CJB, RFP Nos. 12, 13, 17-23, 64, 69, and 70, and Civil Action No. 20-1710-CFC-CJB, RFP Nos. 10, 11, 32, 70, 75, 76;

(ii)     all FRAND-related documents, including internal and external communications, strategy documents relating to licensing, negotiation materials, analyses, draft agreements, and related correspondence, which are responsive to Civil Action No. 20-1707-CFC-CJB, Request Nos. 9, 46, 48, 50-53, and 55-60, and Civil Action No. 20-1710-CFC-CJB, RFP No. 7. This includes Items 1-18 on Quectel's privilege log (including attachments), which the Court should find are not protected by the attorney–client privilege or work-product doctrine; and

(iii)    Quectel's source code, which is responsive to Civil Action No. 20-1707-CFC-CJB, Request No. 64.

For the avoidance of doubt, Philips moves to compel all materials responsive to these enumerated requests, whether or not specifically described in the summary herein. The grounds for this Motion are set forth in Philips' opening letter brief and supporting Declaration of Xu Jing, filed contemporaneously herewith.

2

Of Counsel:

Eley O. Thompson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
(312) 832-4359
ethompson@foley.com

Kevin M. Littman
Lucas I. Silva
Tom Relyea
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199-7610
(617) 342-4000
klittman@foley.com
lsilva@foley.com
tom.relyea@foley.com

Alexis K. Juergens
Adam R. Aquino
Foley & Lardner LLP
95 S State Street
Suite 2500
Salt Lake City, UT 84111
(801) 401-8900
ajuergens@foley.com
aaquino@foley.com

Dated: March 2, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
astombaugh@ycst.com

*Attorneys for Plaintiff Koninklijke Philips N.V.*

3

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2026**,** I caused the foregoing document to be served via electronic mail upon the following counsel:

Warren K. Mabey, Jr.
Martina Tyreus Hufnal
Fish & Richardson PC
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*mabey@fr.com*
*hufnal@fr.com*

Thomas H. Reger II
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
*reger@fr.com*

Elizabeth G.H. Ranks
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
*ranks@fr.com*

*Attorney for Quectel Wireless Solutions Co. Ltd.*

Lawrence R. Jarvis
Katherine Reardon
Peter Hong
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA 30309
*jarvis@fr.com*
*reardon@fr.com*
*hong@fr.com*

Mohammad Reza Kameli
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
kameli@fr.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
*apoff@ycst.com*
*rvrana@ycst.com*
*astombaugh@ycst.com*

*Attorneys for Plaintiff*

2