# EXHIBIT 1

**TCB**

**TCB**

### GRANT OF EQUIPMENT AUTHORIZATION

Certification
Issued Under the Authority of the
Federal Communications Commission
By:

Kiwa Nederland B.V.
Wilmersdorf 50
Apeldoorn, NL-7300 AC
Netherlands

Date of Grant: 09/09/2020

Application Dated: 09/09/2020

**Quectel Wireless Solutions Company Limited**

**No. 8 Waipojing Road, Sijing Town**

**Songjiang District**

**Shanghai, 201601**

**China**

**Attention: Jean Hu ,**

### NOT TRANSFERABLE

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is VALID ONLY for the equipment identified hereon for use under the Commission's Rules and Regulations listed below.

**FCC IDENTIFIER:**    XMR202008EG91NAXD
**Name of Grantee:** Quectel Wireless Solutions Company Limited
**Equipment Class:** PCS Licensed Transmitter
**Notes:**           LTE Module
**Modular Type:**    Single Modular

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| | 22H | 826.4 - 846.6 | 0.205 | 0.0068 PM | 4M14F9W |
| | 22H | 824.7 - 848.3 | 0.265 | 0.01387 PM | 1M12G7D |
| | 22H | 824.7 - 848.3 | 0.256 | 0.00574 PM | 2M75W7D |
| | 22H | 824.7 - 848.3 | 0.261 | 0.01387 PM | 9M02G7D |
| | 22H | 824.7 - 848.3 | 0.253 | 0.00574 PM | 9M02W7D |
| | 24E | 1852.4 - 1907.6 | 0.218 | 0.00323 PM | 4M14F9W |
| | 24E | 1850.7 - 1909.3 | 0.278 | 0.00211 PM | 9M05G7D |
| | 24E | 1850.7 - 1909.3 | 0.259 | 0.00258 PM | 9M02W7D |
| | 24E | 1850.7 - 1909.3 | 0.275 | 0.00211 PM | 17M9G7D |
| | 24E | 1850.7 - 1909.3 | 0.256 | 0.00258 PM | 17M9W7D |
| | 27 | 1712.4 - 1752.6 | 0.228 | 0.00135 PM | 4M13F9W |
| | 27 | 1710.7 - 1754.3 | 0.27 | 0.00264 PM | 9M02G7D |
| | 27 | 1710.7 - 1754.3 | 0.236 | 0.00241 PM | 9M06W7D |
| | 27 | 1710.7 - 1754.3 | 0.267 | 0.00264 PM | 17M9G7D |
| | 27 | 1710.7 - 1754.3 | 0.233 | 0.00241 PM | 17M9W7D |
| | 27 | 699.7 - 715.3 | 0.265 | 0.00416 PM | 2M74G7D |
| | 27 | 699.7 - 715.3 | 0.242 | 0.00758 PM | 1M12W7D |
| | 27 | 699.7 - 715.3 | 0.263 | 0.00416 PM | 9M03G7D |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 699.7 - 715.3 | 0.233 | 0.00758 | PM | 9M02W7D |
| 27 | 779.5 - 784.5 | 0.248 | 0.01015 | PM | 4M53G7D |
| 27 | 779.5 - 784.5 | 0.205 | 0.0117 | PM | 4M53W7D |
| 27 | 779.5 - 784.5 | 0.238 | 0.01015 | PM | 9M04G7D |
| 27 | 779.5 - 784.5 | 0.21 | 0.0117 | PM | 9M05W7D |
| 22H | 824.7 - 848.3 | 0.254 | 0.00947 | PM | 2M71G7D |
| 22H | 824.7 - 848.3 | 0.252 | 0.00947 | PM | 13M4G7D |
| 22H | 824.7 - 848.3 | 0.222 | 0.00932 | PM | 4M74W7D |
| 22H | 824.7 - 848.3 | 0.218 | 0.00932 | PM | 1M09W7D |
| 90 | 814.7 - 823.3 | 0.257 | 0.00936 | PM | 2M72G7D |
| 90 | 814.7 - 823.3 | 0.238 | 0.00936 | PM | 8M96G7D |
| 90 | 814.7 - 823.3 | 0.214 | 0.00956 | PM | 4M72W7D |
| 24E | 1850.7 - 1914.3 | 0.251 | 0.00828 | PM | 17M8G7D |
| 24E | 1850.7 - 1914.3 | 0.212 | 0.00825 | PM | 1M23W7D |

Output power listed is conducted. This grant is valid only when the module is sold to OEM integrators and must be installed by the OEM or OEM integrators. The antenna's as listed in this application must be installed to provide a separation distance of at least 20 cm from all persons and must not be co-located or operating in conjunction with any other antenna or transmitter. End-users may not be provided with the module installation instructions. OEM integrators and end-users must be provided with transmitter operating conditions for satisfying RF exposure compliance. The antenna gain is described as in the filling